FILED

DEC 13 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-05-70968 EDL |
| Plaintiff, | ORDER FOR RELEASE FROM FEDERAL CUSTODY |
| v. | |
| SIERRA A. GRANDA, | |
| Defendant. | |

The defendant having appeared before the undersigned Magistrate, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant.

**IT IS SO ORDERED**.

Dated: Dec 13, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge